IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOANN M. PAULY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV704 |
| | ) | |
| v. | ) | |
| | ) | |
| GC SERVICES, LIMITED PARTNERSHIP, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for extension of time to respond to defendant's motion to dismiss (Filing No. 12). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until March 14, 2007, to respond to defendant's motion to dismiss.

DATED this 1st day of February, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court