IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JOANN M. PAULY,                )
                               )
            Plaintiff,         )        8:06CV704
                               )
      v.                       )
                               )
GC SERVICES, LIMITED           )        ORDER
PARTNERSHIP,                   )
                               )
            Defendant.         )
_____)
```

       This matter is before the Court on defendant's motion for extension of time to reply to plaintiff's response brief (Filing No. 19).  The Court finds said motion should be granted.  Accordingly,

       IT IS ORDERED that defendant's motion is granted; defendant shall have until April 5, 2007, to reply to plaintiff's response brief.

       DATED this 22nd day of March, 2007.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court